United States Bankruptcy Court
District of Oregon

In re:                                                              Case No. 11-60980-tmb
Aijak John Lamoray                                                  Chapter 7
Regina A. Lamoray
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0979-6          User: sue          Page 1 of 2          Date Rcvd: May 03, 2011
                             Form ID: pdf018     Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2011.
```
db/jdb      +Aijak John Lamoray,   Regina A. Lamoray,   4636 Pennsylvania Ave. SE,   Salem, OR 97317-5753
99224148    +Acuity,   PO Box 55126,   Boston, MA 02205-5126
99224149    +Auburn Municipal Court,   PO Box 2449,   Gig Harbor, WA 98335-4449
99224150    +BHFC,   3320 W Cheryl Dr.,   #B-120,   Phoenix, AZ 85051-9560
99224151    +Check City,   PO Box 970183,   Orem, UT 84097-0183
99224152    +Colorado Casualty,   PO Box 6486,   Carol Stream, IL 60197-6486
99224153    +Comcast,   PO Box 34227,   Seattle, WA 98124-1227
99224154    +Comcast Denver,   4200 International Pkwy,   Carrollton, TX 75007-1912
99224155    +Credit Acceptance Corp,   PO Box 7811,   Sandy, UT 84091-7811
99224156     Dept. of Workforce Serv.,   State of Utah,   PO Box 143250,   Salt Lake City, UT 84114-3250
99224157     Discover Card,   PO Box 385908,   Minneapolis, MN 55438-5908
99224158    +Educational Credit Management,   PO Box 1708,   Saint Paul, MN 55101-0708
99224159    +Epic Emerg. Phys. Integrated,   PO Box 1180,   American Fork, UT 84003-6180
99224161    +Fed. Rec. Svcs.,   PO Box 17474,   Holladay, UT 84117-0474
99224162    +Golds Gym,   5345 S 4015 W,   Salt Lake City, UT 84118-4339
99224163    +Granger Medical Clinic,   PO Box 70658,   West Valley City, UT 84170-0658
99224164    +ITT Educational Services,   PO Box 19309,   Indianapolis, IN 46219-0309
99224147     Internal Revenue Service,   Centralized Insolvency Operations,   PO Box 7346,
              Philadelphia, PA 19101-7346
99224165    +Jeremiah Cunningham & Adriana Gonzalez,   5559 W 4260 S,   West Valley City, UT 84120-4683
99224166    +Jeremy Banks,   PO Box 2248,   Pinedale, WY 82941-2248
99224167    +Maternal Fetal Services,   1140 E 3900 S,   Salt Lake City, UT 84124-1228
99224168     NW Natural Gas,   PO Box 6017,   Portland, OR 97228-6017
99224171    +Pioneer Valley Hospital,   PO Box 277284,   Atlanta, GA 30384-7284
99224170    +Pioneer Valley Hospital,   PO Box 1280,   American Fork, UT 84003-6280
99224172    +Praxair Healthcare Services,   120 Marc Dr.,   Cuyahoga Falls, OH 44223-2630
99224173    +Primary Children's Medical Center,   100 N Mario Capecchi Dr,   Salt Lake City, UT 84113-1100
99224175    +Queststar Gas,   PO Box 45841,   Salt Lake City, UT 84139-0001
99224174    +Queststar Gas,   PO Box 150621,   Ogden, UT 84415-0621
99224178    +Sprint,   PO Box 3517,   Bloomington, IL 61702-3517
99224179    +Sprint,   PO Box 9004,   Renton, WA 98057-9004
99224180    +T-Mobile, Bankruptcy,   PO Box 37380,   Albuquerque, NM 87176-7380
99224182    +US Bank,   7290 Samuel Dr, Suite 300,   Denver, CO 80221-2790
99224181    +University of Utah Hospital,   PO Box 26415,   Salt Lake City, UT 84126-0415
99224183    +Utah Imaging,   PO Box 26415,   Salt Lake City, UT 84126-0415
99224184    +Utah Surgical Center,   PO Box 7811,   Sandy, UT 84091-7811
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/PDF: rmscedi@recoverycorp.com May 04 2011 01:04:39      Recovery Management Systems Corp,
              25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
99224160    +E-mail/Text: bankruptcy@expressrecovery.com May 04 2011 00:59:51      Express Recovery Services,
              PO Box 26415,   Salt Lake City, UT 84126-0415
99224146     E-mail/Text: bankruptcy.revenue@dor.state.or.us May 04 2011 00:38:18      ODR Bkcy,
              955 Center St. NE,   Salem, OR 97301-2553
99224169    +E-mail/PDF: Credit.Approvals@pgn.com May 04 2011 01:01:01      PGE,   c/o BKCY,
              7800 SW Mohawk St.,   Tualatin, OR 97062-9192
99224176    +E-mail/Text: bklaw@qwest.com May 04 2011 00:39:14      Qwest,   Attn: Bankruptcy Dept,
              1801 California St - Room 900,   Denver, CO 80202-2609
99270946     E-mail/PDF: rmscedi@recoverycorp.com May 04 2011 01:04:39
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
99224177     E-mail/PDF: pa_dc_claims@salliemae.com May 04 2011 01:42:25      Sallie Mae,   PO Box 9460,
              PCA MCE2142,   Wilkes Barre, PA 18773-9460
                                                                                          TOTAL: 7
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0979-6        User: sue              Page 2 of 2            Date Rcvd: May 03, 2011
                            Form ID: pdf018        Total Noticed: 42
```

```
                     ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 05, 2011**                    **Signature:**

DISTRICT OF OREGON

# F I L E D

**May 03, 2011**

**Clerk, U.S. Bankruptcy Court**

Below is an Order of the Court.

TRISH M. BROWN
U.S. Bankruptcy Judge

OD1 (4/1/09) smg

### UNITED STATES BANKRUPTCY COURT
### District of Oregon

In re
 **Aijak John Lamoray,** xxx–xx–0891
 **Regina A. Lamoray,** xxx–xx–5820
Debtor(s)

)
)
)
)
)
)
)
)
)

Case No.  **11–60980–tmb7**

ORDER OF DISMISSAL
AND ADMINISTRATIVELY
CLOSING CASE

The Court finding that:

   **The debtor(s) filed a motion to dismiss this case.**

**IT IS ORDERED** that:

1. This case is dismissed; this case is closed, but only for administrative purposes; and the court shall retain jurisdiction over any adversary proceeding pending at the time of closure.

2. Any trustee (except any Chapter 7 trustee who has already filed a "no asset" inventory and report, and who has not subsequently collected any estate assets) must file any final account as required by Local Rule 2015–1, and upon filing any such final account and any additional final report or account required by the UST the trustee shall, without further court order, be discharged as trustee of the debtor's estate.

3. Any unpaid filing fees are now due and owing. The court will not entertain a motion to reopen this case, or a motion for reconsideration of this order, unless all unpaid fees are paid.

### ###